**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Thomas Toussaint,

Plaintiff,

vs.

Unum Life Insurance Company of America, a foreign corporation licensed To do business in the State of Minnesota,

Defendant.

Court File No. 00-2025 ADM/AJB

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The undersigned, by and through their respective counsel, hereby consent and stipulate to the following modification of the Court's October 17, 2000, Pretrial Scheduling Order:

> Defendant shall have until May 1, 2001, to provide Plaintiff with its expert disclosures and reports and to otherwise comply with paragraph 3 of the Court's October 17, 2000, Pretrial Scheduling Order.

Dated this 1st day of March, 2001.

**KRASS MONROE, P.A.**

John Harper, III (#41397)
Terrance J. Wagener (ID#213676)
*Attorneys for Defendant*
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

**GOLDENBERG & JOHNSON PLLC**

Stuart L. Goldenberg (#158719)
4540 Multifoods Tower
*Attorneys for Defendant*
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-4662

MAR 14 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered that Defendant shall have until May 1, 2001, to disclose the identity of its experts and their reports in this matter.

Dated this 14th day of March, 2001.

Judge Magistrate Arthur J. Boylan

\\PDC\VOL2\WPDATA\U\UNUMPROVIDENT\20-TOUSSAINT\PLDGS\STIPULATION & ORDER.DOC