UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Thomas Toussaint,

Plaintiff,

vs.

Unum Life Insurance Company of America,

Defendant.

Court File No. 00-2025 ADM/AJB

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The parties, by and through their respective counsel, hereby agree and stipulate as follows:

1. Counsel for the parties have been unable to secure all of Plaintiff's medical records because 1) a portion of Plaintiff's healthcare providers have, to date, been unable or unwilling to produce Plaintiff's medical records to counsel and 2) additional healthcare providers, not previously recalled by Plaintiff, have been identified by the parties.

2. Unless an extension of the deadlines is granted, the parties will be prejudiced in that their experts will be unable to consider Plaintiff's complete, substantial medical history.

As a result, the parties request and stipulate to the following modification of Paragraph 3 of the Court's October 17, 2000, Pretrial Scheduling Order:

> Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

FILED MAY 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

(a) By Plaintiff on or before June 15, 2001.

(b) By Defendant on or before July 15, 2001.

Dated this 27 day of April, 2001.

**GOLDENBERG & JOHNSON PLLC**

Stuart L. Goldenberg (#158719)
4540 Multifoods Tower
*Attorneys for Plaintiff*
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-4662

**KRASS MONROE, P.A.**

John Harper, III (#41397)
Terrance J. Wagener (ID#213676)
*Attorneys for Defendant*
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby ordered that Paragraph 3 of the October 17, 2000, Pretrial Scheduling Order be modified as follows:

> Disclosure of the identify of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

(a) By Plaintiff on or before June 15, 2001.

(b) By Defendant on or before July 15, 2001.

Dated this 2nd day of May, 2001.

Magistrate Judge Arthur J. Boylan

G:\WPDATA\U\UNUMPROVIDENT\20-TOUSSAINT\PLDGS\STIPULATION & ORDER2.DOC