UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Thomas Toussaint,

Plaintiff,

vs.

UNUM Life Insurance Company of America, a foreign corporation licensed to do business in the State of Minnesota,

Defendant.

Court File No. 00-2025 ADM/AJB

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, by their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 6/12, 2001.

Stuart L. Goldenberg
Goldenberg & Johnson
4540 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Attorney for Plaintiff
Attorney No. 158719

Dated: 6-13, 2001.

John Harper III
~~Krass~~ Monroe, P.A.
Southpoint Office Center, Suite 1100
1650 West 82nd Street
Bloomington, MN 55431
Attorney for Defendant
Attorney No. 41397

JUN 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 14th day of June, 2001.

BY THE COURT:

Ann D. Montgomery, Judge of U.S. District Court

G:\WPDATA\U\UNUMPROVIDENT\20-TOUSSAINT\PLDGS\STIP OF DISMISSAL WITH PREJUDICE.DOC